PAID ON BEHALF OF: Atlanta Market GP, Inc.  
D/B/A Cartersville Medical Center  
960 Joe Frank Harris Pkwy P.O. Box 200008, Cartersville, GA 30120  
770-382-1530  

PROCESS LEVEL: 08625  
EMPLOYEE ID: 043376631  

0003034472  
JOSE A DIAZ  

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 80.00 | 40.5024 | 3,240.20 | 15,066.93 |
| PTO | 0.00 | 0.0000 | 0.00 | 1,134.07 |
| **TOTAL EARNINGS** | | >>> | 3,240.20 | 16,201.00 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 190.70 | 953.49 |
| Medicare | 44.59 | 222.99 |
| FIT WH | 238.84 | 1,194.20 |
| GA WH | 130.50 | 652.50 |
| Medical | 114.88 | 574.40 |
| Dental | 31.53 | 157.65 |
| Vision | 7.68 | 38.40 |
| Emp Life | 15.58 | 77.90 |
| Dep Life | 4.76 | 23.80 |
| LTD | 12.70 | 63.50 |
| 401k | 194.41 | 972.05 |
| 401kLoan | 55.61 | 278.05 |
| CP Legal | 3.14 | 15.70 |
| SIP | 10.40 | 52.00 |
| CoCents | 30.25 | 85.27 |
| **TOTAL DEDUCTIONS** | 1,085.57 | 5,361.90 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 22.71 | 113.55 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 14,406.85 |
| SS EE | 15,378.90 |
| Medicare | 15,378.90 |
| GA WH | 14,406.85 |

| NET PAY >>> | $2,154.63 |
|---|---|
| PAY PERIOD | 02/18/2007 - 03/03/2007 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.70 | 77.83 |
| EIB | 2.76 | 596.72 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXX3791 | | 2,154.63 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED: M | 06 | 0.00 |
| STATE: GA | 05 | 0.00 |

YOUR STOCK PURCHASE BALANCE  
FOR THIS PURCHASE PERIOD IS: $0.00  

Page 1

---

Cartersville Medical Center  
960 Joe Frank Harris Pkwy  
P.O. Box 200008  
Cartersville, GA 30120  
770-382-1530  

**DEPOSIT VOUCHER ONLY - NOT A CHECK**

0003034472  
DATE: 03/09/2007  

| AMOUNT |
|---|
| $***0.00 |

ZERO DOLLARS AND 00/100  

E08625 00 90807 722 06 100-017038 0703 1  

JOSE A DIAZ  
9110 HUNTCLIFF TRACE  
ATLANTA, GA 30350  

**PAYROLL DIRECT DEPOSIT VOUCHER**             **NON-NEGOTIABLE**

PAID ON BEHALF OF: Atlanta Market GP, Inc.
D/B/A Cartersville Medical Center
960 Joe Frank Harris Pkwy P.O. Box 200008, Cartersville, GA 30120
770-382-1530

PROCESS LEVEL: 08625
EMPLOYEE ID: 043376631

0003083726
JOSE A DIAZ

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 80.00 | 42.1225 | 3,369.80 | 18,436.73 |
| PTO | 0.00 | 0.0000 | 0.00 | 1,134.07 |
| **TOTAL EARNINGS** | | >>> | 3,369.80 | 19,570.80 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 198.72 | 1,152.21 |
| Medicare | 46.48 | 269.47 |
| FIT WH | 257.08 | 1,451.28 |
| GA WH | 137.79 | 790.29 |
| Medical | 114.88 | 689.28 |
| Dental | 31.53 | 189.18 |
| Vision | 7.68 | 46.08 |
| Emp Life | 16.21 | 94.11 |
| Dep Life | 4.76 | 28.56 |
| LTD | 13.21 | 76.71 |
| 401k | 202.19 | 1,174.24 |
| 401kLoan | 55.61 | 333.66 |
| CP Legal | 3.14 | 18.84 |
| SIP | 10.40 | 62.40 |
| Crd/Grn% | 682.43 | 682.43 |
| CoCents | 12.98 | 98.25 |
| **TOTAL DEDUCTIONS** | 1,795.09 | 7,156.99 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 23.64 | 137.19 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 17,409.83 |
| SS EE | 18,584.07 |
| Medicare | 18,584.07 |
| GA WH | 17,409.83 |

| NET PAY >>> | $1,574.71 |
|---|---|
| PAY PERIOD | 03/04/2007 - 03/17/2007 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.70 | 85.53 |
| EIB | 2.76 | 599.48 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXX3791 | | 1,574.71 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED: M | 06 | 0.00 |
| STATE: GA | 05 | 0.00 |

YOUR STOCK PURCHASE BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

Page 1

---

Cartersville Medical Center
960 Joe Frank Harris Pkwy
P.O. Box 200008
Cartersville, GA 30120
770-382-1530

**DEPOSIT VOUCHER ONLY -
NOT A CHECK**

0003083726
DATE:  03/23/2007

*(handwritten: 1574.71 / 682.43 / 2257.14)*

| AMOUNT |
|---|
| $***0.00 |

ZERO DOLLARS AND 00/100

E08625 00 90807 924 20 100-017335 0703 1

JOSE A DIAZ
9110 HUNTCLIFF TRACE
ATLANTA, GA 30350

**PAYROLL DIRECT DEPOSIT VOUCHER**                                         **NON-NEGOTIABLE**

1574

3148
1300
(4448)

1574-
250 Toya
50 Credit cards
320 Court cost
291 Fit
105 Cinken
100 electric
―――
1046
100 gas
1146
50 - prsort
50
1246
―――
(328)

Rent 1300
gas/Electric 400
Cable 130
Food 600
Wireless 110
gas 340
291 - car
346 - car
143 - insurance
30 - phone
105 - student loan
75 pet
75 repairs
70 garbage/water
100 personal
100 Toya
100 kids
―――

4315

(139)
(difference)

**DRILL EXPLORER**

- . ASSIGNMENT
- . PAY INFORMATION
- . WORK INFORMATION
- . SUPPLEMENTAL ADDRESS
- . EMPLOYEE HOME ADDRESS
- . *EMPLOYEE ATTACHMENT E-MAIL*
- . EMPLOYEE DATES
- . WAGE ANALYSIS
- . TAX INFORMATION
- . BENEFIT CRITERIA
- . *CAREER ACTION PLAN*
- . *W4 URL*
- + POSITIONS, JOBS
- + PERSONNEL ACTION HISTORY
- + SALARY HISTORY
- + POSITION, JOB HISTORY
- − PAYMENTS
  - − 2901313
    - . DIRECT DEPOSIT PAYMENT DETAIL
    - . PAYMENT DETAIL
    - . *ADJUSTMENT URL*
    - + EMPLOYEE PAID TAXES
    - + EMPLOYEE DEDUCTIONS
    - + COMPANY PAID TAXES
    - + COMPANY DEDUCTIONS
    - + ADD TO NET DEDUCTIONS

```
        Employee: Diaz, Jose A.

            Type: Partial ACH
       Bank Code: HCA
    Bank Account: 7021693143
          Number: 2938494
    Payment Date: 02/09/07
      Period End: 02/03/07

    Gross Amount:           3,262.91
      Net Amount:           2,175.16

   Process Level: 08625
      Department: 90807
          Status: Reconciled
```

*(handwritten note:)* Life Ins are (56k) per IRS

|                | Company:      | 5521       | Cartersville      |          |
|----------------|---------------|------------|-------------------|----------|
|                | Employee:     | 43376631   | Diaz, Jose A.     |          |
|                | Payment Date: | 02/09/2007 | Payment Number:   | 2938494  |

| Earnings       | Hours | Amount  | Earnings   | Hours | Amount |
|----------------|-------|---------|------------|-------|--------|
| 110 Productv   | 80.00 | 3240.20 | 830 Imp Inc |      | 22.71  |

| Employee Paid Deduction | Amount | Company Paid Deduction | Amount |
|-------------------------|--------|------------------------|--------|
| 1000 Medical            | 114.88 | FD11 SS ER             | 190.70 |
| 1005 Dental             | 31.53  | FD21 Med ER            | 44.60  |
| 1008 Vision             | 7.68   | FD50 FUTA              | 6.79   |
| 1010 Emp Life           | 15.58  | GA60 GA SUI            | 13.86  |
| 1015 Dep Life           | 4.76   | GA70 GA Asmt           | 1.88   |
| 1020 LTD                | 12.70  |                        |        |
| 1035 401k               | 194.41 |                        |        |

More ...

*Handwritten notes:*

55.61

CF  3.14

SIP  10.40

Loans  (9.71)

190.70

44.60

238.84
130.50



**DRILL EXPLORER**

- ASSIGNMENT
- PAY INFORMATION
- WORK INFORMATION
- SUPPLEMENTAL ADDRESS
- EMPLOYEE HOME ADDRESS
- *EMPLOYEE ATTACHMENT E-MAIL*
- EMPLOYEE DATES
- WAGE ANALYSIS
- TAX INFORMATION
- BENEFIT CRITERIA
- *CAREER ACTION PLAN*
- *W4 URL*
- + POSITIONS, JOBS
- + PERSONNEL ACTION HISTORY
- + SALARY HISTORY
- + POSITION, JOB HISTORY
- − PAYMENTS
  - 2901313
    - DIRECT DEPOSIT PAYMENT DETAIL
    - PAYMENT DETAIL
    - *ADJUSTMENT URL*
    - + EMPLOYEE PAID TAXES
    - + EMPLOYEE DEDUCTIONS
    - + COMPANY PAID TAXES
    - + COMPANY DEDUCTIONS
    - + ADD TO NET DEDUCTIONS

```
        Employee: Diaz, Jose A.

            Type: Partial ACH
       Bank Code: HCA
    Bank Account: 7021693143
          Number: 2987311
    Payment Date: 02/23/07
      Period End: 02/17/07

    Gross Amount:              3,262.91
      Net Amount:              2,160.55

   Process Level: 08625
      Department: 90807
          Status: Reconciled
```

|                  |          |              |         |         |
|------------------|----------|--------------|---------|---------|
| **Company:**     | 5521     | Cartersville |         |         |
| **Employee:**    | 43376631 | Diaz, Jose A.|         |         |
| **Payment Date:**| 02/23/2007 | **Payment Number:** | 2987311 |   |

| Earnings       | Hours | Amount  | Earnings    | Hours | Amount |
|----------------|-------|---------|-------------|-------|--------|
| 110 Productv   | 80.00 | 3240.20 | 830 Imp Inc |       | 22.71  |

| Employee Paid Deduction | Amount | Company Paid Deduction | Amount |
|-------------------------|--------|------------------------|--------|
| 1000 Medical            | 114.88 | FD11 SS ER             | 190.69 |
| 1005 Dental             | 31.53  | FD21 Med ER            | 44.60  |
| 1008 Vision             | 7.68   | FD50 FUTA              |        |
| 1010 Emp Life           | 15.58  | GA60 GA SUI            |        |
| 1015 Dep Life           | 4.76   |                        |        |
| 1020 LTD                | 12.70  |                        |        |
| 1035 401k               | 194.41 |                        |        |

More ...

*[Handwritten notes:]*

55.61

3.14  CP Legal

10.40  SIP

24.33  Co Cents

190.69

44.60

238.84

130.50